IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JASPER LEE VICK, | |
|     Petitioner, | |
| vs. | No. 10-2212-STA-cgc |
| CHERRY LINDAMOOD, | |
|     Respondent. | |

ORDER CORRECTING THE DOCKET
AND
ORDER FOR RESPONDENT TO FILE RECORD AND TO RESPOND

On March 15, 2010, Petitioner Jasper Lee Vick, Tennessee Department of Correction prisoner number 139471, who is currently an inmate at the South Central Correctional Facility ("SCCF") in Clifton, Tennessee, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, entitled "Extraordinary and Emergency Petition for the Great Writ of Habeas Corpus, Demanding Immediate Release from State Custody, Because Vick is Under Imminent Danger and Held by the State Without Jurisdiction, in Violation of the Constitution, Laws, and Treaties of the United States," accompanied by a motion seeking leave to proceed in forma pauperis. (Docket Entries ("D.E.") 1 & 2.)[1] The Court issued an

---

[1] On June 14, 2010, Petitioner notified the Clerk that he had been transferred to the SCCF. (D.E. 6.) The proper respondent to a habeas petition is
(continued...)

order on April 5, 2010, granting leave to proceed *in forma pauperis*. (D.E. 3.) On May 5, 2010, the Court issued an order directing Petitioner to submit an amended petition on the official form (D.E. 4), and he complied with that order on June 2, 2010 (D.E. 5).

It is ORDERED, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, that Respondent file a response to the petition within twenty-three (23) days. The response shall include the complete trial and appellate record of Petitioner's original case and any subsequent state petitions for collateral relief.

It is further ORDERED, pursuant to Rule 4, that the Clerk shall send a copy of the petition and this order to Respondent and to the Tennessee Attorney General and Reporter by certified mail.

IT IS SO ORDERED this 29th day of June, 2010.

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

---

[1] (...continued)
the warden of the facility in which the petition is incarcerated. *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). The Clerk is directed to correct the docket to substitute SCCF Warden Cherry Lindamood as the respondent and to terminate Stephen Dotson as a party.